UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| PHILLIP ROBERT HEDRICH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Nos. 3:10-CR-12-TWP-CCS-1 |
| | ) | 3:16-CV-379-TWP |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT ORDER

For the reasons expressed in the accompanying memorandum opinion, it is **ORDERED** and **ADJUDGED** that Petitioner's § 2255 motion [Doc. 44] is **DISMISSED WITHOUT PREJUDICE** pursuant to his notice of voluntary dismissal [Doc. 50]. The Clerk's Office is **DIRECTED** to terminate the civil case associated therewith [E.D. Tenn. Case No. 3:16-CV-379-TWP]. The United States' motion to deny and dismiss with prejudice [Doc. 49] is **DENIED as moot**.

**ENTER:**

                                         s/ Thomas W. Phillips
                                         SENIOR UNITED STATES DISTRICT JUDGE